UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO. 25 Civ. 8076 (JMF) (SLC)

                                                                    **ORDER**
DAVID ZAHABIAN, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' counsel's letter at Dkt. No. 25 advising that he is not available on May 29, 2026 for a settlement conference.  (Dkt. No. 25).  Accordingly, the in-person settlement conference scheduled for May 29, 2026 at 10:00 a.m. ET, (Dkt. No. 26), is **ADJOURNED** to **June 12, 2026 at 10:00 a.m. ET** and will take place in-person in Courtroom 18A, 500 Pearl Street, New York, New York.  Any Electronic Device Order forms are due by **June 5, 2026**. (See Dkt. No. 21 at 1).  The deadline for Plaintiff to make a settlement demand is **EXTENDED** to **May 28, 2026**.  The deadline for Defendants to inform Plaintiff of their response to the demand is **EXTENDED** to **June 4, 2026**. The deadline for the parties to email their Attendance Acknowledgment Forms and written submissions pursuant to paragraph 4 of the Standing Order, (Dkt. No. 21 at 4–6), to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) **and** opposing counsel is **EXTENDED** to **June 5, 2026**.

Dated:      New York, New York          SO ORDERED.
            April 28, 2026

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**