

**U.S. Department of Justice**

*86 Chambers Street*
*New York, New York 10007*

*United States Attorney*
*Southern District of New York*

---

June 5, 2026

Via ECF
Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> Plaintiff's request at Dkt. No. 31 is **GRANTED**. The settlement conference scheduled for June 12, 2026 at 10:00 a.m. ET, (Dkt. No. 27), is **ADJOURNED** to **August 5, 2026 at 2:15 p.m. ET** and will take place **in-person**, in Courtroom 18A, 500 Pearl Street, New York, New York. Any Electronic Device Order forms are due by **July 29, 2026**. (See Dkt. No. 21 at 1). The deadline for Plaintiff to make a settlement demand is **EXTENDED** to **July 21, 2026**. The deadline for Defendants to inform Plaintiff of their response to the demand is **EXTENDED** to **July 28, 2026**. The deadline for the parties to email their revised Attendance Acknowledgment Forms and written submissions pursuant to paragraph 4 of the Standing Order, (Dkt. No. 21 at 4-6), to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) **and** opposing counsel is **EXTENDED** to **July 29, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 31.
>
> SO ORDERED.    June 5, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *United States v. Zahabian et al.*, No. 25 Civ. 8076 (JMF)

Dear Judge Cave:

This Office represents the United States of America, the plaintiff in this civil action brought against defendants David Zahabian, individually and as executor, former administrator, and beneficiary of the Estate of Mozafar Zahabian; and the Estate of Mozafar Zahabian (collectively, "Defendants") seeking to recover the unpaid federal tax liabilities of decedent Mozafar Zahabian. I write respectfully to seek an adjournment of the settlement conference in this matter currently scheduled for June 12, 2026. The undersigned has been conferring with counsel from the Internal Revenue Service and the Department of Justice regarding potential settlement of this matter, and the additional time requested will allow Government to confirm the Government's settlement authority. This is the Government's second request for an extension of this conference, and Defendants consent. The parties are available on July 11, 23 or 30 for the adjourned conference.

I thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Kamika S. Shaw
KAMIKA S. SHAW
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2768
Kamika.shaw@usdoj.gov

Encl.

cc: Counsel of record (via ECF)