UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     -v-<br><br><br>DAVID ZAHABIAN, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 8076 (JMF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' counsel's letter at Dkt. No. 33 advising that he is not available to participate in the settlement conference scheduled for August 5, 2026. (Dkt. No. 33).  Accordingly, the in-person settlement conference scheduled for August 5, 2026 at 2:15 p.m. ET, (Dkt. No. 32), is **ADJOURNED** to **August 6, 2026 at 10:00 a.m. ET** and will take place **in-person** in Courtroom 18A, 500 Pearl Street, New York, New York.  Any Electronic Device Order forms are due by **July 30, 2026**.  (See Dkt. No. 21 at 1).  The deadline for Plaintiff to make a settlement demand is **EXTENDED** to **July 23, 2026**.  The deadline for Defendants to inform Plaintiff of their response to the demand is **EXTENDED** to **July 29, 2026**.  The deadline for the parties to email their revised Attendance Acknowledgment Forms and written submissions pursuant to paragraph 4 of the Standing Order, (Dkt. No. 21 at 4–6), to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) **and** opposing counsel is **EXTENDED** to **July 30, 2026**.

Dated:       New York, New York
             June 8, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**