**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

The parties' request at Dkt. No. 39 is **GRANTED**. The settlement conference scheduled for August 6, 2026 at 10:00 a.m. ET, (Dkt. No. 34), is **ADJOURNED** sine die. By **August 7, 2026**, the parties shall file a joint letter updating the Court on the status of their settlement discussions.

The Clerk of Court is respectfully directed to close Dkt. No. 39.

SO ORDERED. July 24, 2026

SARAH L. CAVE
United States Magistrate Judge

July 23, 2026

Via ECF
Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Zahabian et al.*, No. 25 Civ. 8076 (JMF)

Dear Judge Cave:

This Office represents the United States of America, the plaintiff in this civil action brought against defendants David Zahabian, individually and as executor, former administrator, and beneficiary of the Estate of Mozafar Zahabian; and the Estate of Mozafar Zahabian (collectively, "Defendants") seeking to recover the unpaid federal tax liabilities of decedent Mozafar Zahabian ("Decedent"). I write respectfully to seek an adjournment of the settlement conference in this matter currently scheduled for August 6, 2026. The Government requests this adjournment because the parties are conferring regarding potential resolution of this matter which would obviate the need for a settlement conference. This is the Government's third request for an adjournment, and Defendants consent.

I thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Kamika S. Shaw
KAMIKA S. SHAW
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2768
Kamika.shaw@usdoj.gov

Encl.

cc: Counsel of record (via ECF)