UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

DAVID ZAHABIAN, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8076 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 44, the parties were required to file a joint letter by September 8, 2026 (the "Letter") setting forth the status of their settlement discussions. (Dkt. No. 44). To date, the parties have not filed the Letter. The parties, however, filed a separate letter on September 4, 2026 addressed to the Honorable Jesse M. Furman requesting a 45-day extension of their deadline to submit a joint pretrial order given that "[t]he parties have been conferring regarding a potential resolution of this matter and have made significant progress towards negotiating a resolution." (Dkt. No. 46 (the "Sept. 4 Letter")). Judge Furman granted the parties' extension request, making their deadline to file their joint pretrial order October 26, 2026. (See id.)

Although the parties did not file the Letter, the undersigned deems the parties' Sept. 4 Letter to satisfy their obligation to update the Court on the status of their settlement discussions. By **October 9, 2026**, the parties shall file another letter updating the Court on the status of their

settlement discussions.

Dated: New York, New York
September 9, 2026

SO ORDERED.

______________________________
**SARAH L. CAVE**
**United States Magistrate Judge**